```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 59660
   JOHN HESSE JR
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1858

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 12/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
MCSI                        UNSECURED          500.00         .00        500.00
RESURGENT CAPITAL SERVIC    UNSECURED         4898.48         .00       4898.48
CAPITAL ONE                 UNSECURED          888.87         .00        888.87
CHECK N GO                  UNSECURED        NOT FILED        .00           .00
ROUNDUP FUNDING LLC         UNSECURED          728.44         .00        728.44
PROVIDIAN                   UNSECURED        NOT FILED        .00           .00
VILLAGE OF BRIDGEVIEW       UNSECURED        NOT FILED        .00           .00
VILLAGE OF BRIDGEVIEW       UNSECURED        NOT FILED        .00           .00
WASHINGTON MUTUAL           UNSECURED        NOT FILED        .00           .00
B-LINE LLC                  UNSECURED          308.27         .00        308.27
LONG BEACH ACCEPTANCE       NOTICE ONLY     NOT FILED        .00           .00
AMERICREDIT FINANCIAL SV    NOTICE ONLY     NOT FILED        .00           .00
LEGAL REMEDIES CHARTERED    DEBTOR ATTY      2,580.00                   2,580.00
TOM VAUGHN                  TRUSTEE                                       629.10
DEBTOR REFUND               REFUND                                          6.84

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    10,540.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        7,324.06
ADMINISTRATIVE                                   2,580.00
TRUSTEE COMPENSATION                               629.10
DEBTOR REFUND                                        6.84
                         --------------      --------------
TOTALS                     10,540.00            10,540.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 59660 JOHN HESSE JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 59660 JOHN HESSE JR